JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4809
    Email: Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YONG HU,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-08628-AB-SK<br><br>**JUDGMENT** |

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: March 18, 2025

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE

-1-